UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN LEE THOMAS,
     Plaintiff,

vs.                                     Case No.:  3:22cv07427/LAC/ZCB

LESLIE HALL, et al.,
     Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 19, 2022.  (Doc. 9).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 9) is adopted and incorporated by reference in this order.

2.     Plaintiff's "Motion for a Temporary Restraining Order" (Doc. 7) is

**DENIED.**

**DONE AND ORDERED** this 21st day of November, 2022.


    s/*L.A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**